■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LOU, Appellant. [665 NYS2d 326] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered May 13, 1992, convicting him of attempted burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's statements "were made after [he] had been advised of his *Miranda* rights, and the totality of the circumstances indicate that they were voluntarily made" (*People v Calix*, 236 AD2d 550, 551; *see, People v Sohn*, 148 AD2d 553; *see also, People v Stevens*, 223 AD2d 609; *People v Williams*, 222 AD2d 468; *People v Jordan*, 216 AD2d 489; *People v Hamilton*, 199 AD2d 415).

The defendant's remaining contention is without merit. Bracken, J. P., Joy, Altman and Goldstein, JJ., concur.